# JacksonLewis

**Jackson Le**[...]
58 South Se[...]
Melville, NY
(631) 247-0404 Direct
(631) 247-0417 Fax

jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/31/2023__

MY DIRECT DIAL IS: (631) 247-4675
MY EMAIL ADDRESS IS: Adam.Guttell@jacksonlewis.com

May 31, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

                      Re:     Vuppala v. Barclay Street Realty LLC et al.
                              Case No. 1:22-cv-8807

Dear Judge Torres:

      We represent Defendant Barclay Street Realty LLC ("Barclay").  We write, with the consent of Plaintiff, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request the parties' time to file the joint status letter and proposed case management plan, be extended from June 2, 2023 to June 16, 2023.  This is Barclay's second request for this extension.  The reason for this request is that the parties are currently engaged in settlement negotiations and require sufficient time to complete this process.

      Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              JACKSON LEWIS P.C.

                                              *Adam G. Guttell*

                                              Adam G. Guttell

GRANTED.

SO ORDERED.

Dated: May 31, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge